39 F.3d 1170
 Nappier (Dr. David L., DVM)
v.
Virgin Islands Board of Examiners for Practice of Veterniary
Medicine, Peterson (Eugene, DVM), Hess (Paul, DVM),
Williamson (Andrew, DVM), Saunders (Charles, DVM), Deller
(Duke, DVM), Moore (Marilyn, DVM), Smith (C. Warren, M.D.),
Galiber (Andre, M.D.), Rosal (Joselito, M.D.), Heath (Alfred O., M.D.)
 NO. 94-7253
 United States Court of Appeals,
Third Circuit.
 Sept 26, 1994
 
 Appeal From: D.V.I.,
 Giles, J.
 
 
 1
 AFFIRMED.